A True Copy Attest:
Susan M. Spraul, Clerk
by Deputy Clerk

FILED

JAN 26 2017

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No.   SC-16-1212 |
| ENRIQUE V. GREENBERG, | Bk. No.   3:15-bk-06578 |
| Debtor. | |
| ENRIQUE V. GREENBERG, | |
| Appellant, | |
| v. | ORDER DISMISSING APPEAL |
| U.S. BANK, N.A., | |
| Appellee. | |

Before:  KURTZ, BRAND, and LAFFERTY, Bankruptcy Judges.

This is an appeal from an order granting relief from the automatic stay.

On January 10, 2017, the Panel issued an order requiring appellant to file a response and show cause why the appeal should not be dismissed as moot due to the dismissal of the underlying bankruptcy case. Appellant has not filed a response as of the date of the entry of this order.

An appeal is moot if events have occurred that prevent an appellate court from granting effective relief. See Varela v. Dynamic Brokers, Inc., (In re Dynamic Brokers, Inc.), 293 B.R.

489, 493-94 (9th Cir. BAP 2003). No effective relief can be granted by way of this appeal since the underlying Chapter 11 case was dismissed.

This appeal is hereby ORDERED DISMISSED as moot.